# of Appeals
# of the State of Georgia

ATLANTA,    May 22, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1779.  MICHAEL E. GUNDY v. WELLS FARGO BANK, et al.

Michael E. Gundy and Nellie D. Burten brought a civil action against several defendants.  The trial court entered an order dismissing Gundy's claims, but not Burten's, and ordering that the caption of the case be amended to reflect that Burten was the sole plaintiff.  Gundy then filed this direct appeal of that order.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6- 34 (b).  Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hospital Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Because Gundy failed to follow the interlocutory appeal procedures, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.[1]

---

[1] We note that after Gundy filed his notice of appeal, the trial court entered an order dismissing Burten's claims, as well.  That fact, however, does not alter the jurisdictional analysis.  In determining our jurisdiction, we must look to the order on appeal.  "Where the notice of appeal specifies that the appeal is taken from an order which is not appealable and where the appeal is in fact taken from such an order, the appeal is subject to dismissal." (Citation and punctuation omitted.) *Richardson v. General Motors Corp.*, 221 Ga. App. 583 (472 SE2d 143) (1996).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/22/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*